IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-586 |
| ) | |
| 2002 BMW 745I, VIN WWBAGL63482DP55199, ) | |
| $1,855.00 IN U.S. CURRENCY, ) | |
| ASSORTED JEWELRY, ) | |
| ) | |
| Defendant. ) | |

ORDER

AND NOW, this __3d__ day of __April__, 2014, it is hereby, ORDERED, ADJUDGED and DECREED that the stay of this civil forfeiture action is hereby lifted.

It is further ORDERED that the United States shall serve a copy of the verified complaint and warrant for arrest in rem upon Griffin Abel, and that Griffin Abel shall file a verified claim no later than May 15, 2014 and an Answer to the verified complaint within 20 days of filing the Claim.

_Maurice B. Cohill, Jr._
J.