# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action 11-586 |
| ) | |
| 2002 BMW 745i, VIN ) | |
| WBAGL63482DP55199 et al., ) | |
| ) | |
| Defendant ) | |
| ) | |

## **ORDER**

AND NOW, this 11th day of June, 2014, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Strike Claim [ECF # 14] is GRANTED.

It is further hereby ORDERED, ADJUDGED and DECREED that Griffin Abel 's Motion for Extension of Time to File Claim [ECF #15] is GRANTED; Griffin Abel shall have until July 1, 2014 to file a Claim verified by Griffin Abel, and if said claim is filed, then until July 22, 2014 to file an Answer to the Verified Complaint in Forfeiture.

                                                                                         s/Maurice B. Cohill, Jr.
                                                                                         Maurice B. Cohill, Jr.
                                                                                         Senior District Court Judge