IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 11-586 |
| 2002 BMW 745i VIN WBAGL63482DP55199 $1,855.00 IN U.S. CURRENCY, ASSORTED JEWLERY, | ) |
| Defendant. | ) |

## ORDER

AND NOW, to-wit, this 16th day of February, 2016, it is hereby ORDERED, ADJUDGED and DECREED that a hearing on Claimant's Motion for Special Relief [ECF 41] and the Government's Cross-Motion to Enforce Settlement Stipulation [ECF 45] shall be held on March 1, 2016 at 11:00 A.M. before the Hon. Maurice B. Cohill, Jr., Courtroom 8A, U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219.

Maurice B. Cohill, Jr.
Senior United States District Judge